1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12   MARIA GUADALUPE ROCHA,                Case No. CV 12-01303 PSG
     individually and on behalf of others similarly
     situated,                            [PROPOSED] ORDER GRANTING
13                                         REQUEST FOR PERMISSION TO MAKE
                                           TELEPHONIC APPEARANCE AT CASE
                   Plaintiff,              MANAGEMENT CONFERENCE
14

15         vs.                            Case Management Conference Scheduled:

16   ROYAL OAKS FARMS, LLC; and DOES 1    Date:  June 12, 2012
     through 10,                          Time:  2:00 p.m.
                                          Ctrm:  5
17                 Defendants.

18

19

20         Good cause having been shown, the Court hereby grants Plaintiff's Request for Permission to

21   Make Telephonic Appearance At Case Management Conference and orders that Plaintiff's lead

22   counsel Gregory N. Karasik may make a telephonic appearance at the case management conference

23   scheduled for June 12, 2012.

24

25   Dated:    6/5/2012                    _Paul S. Grewal_____
                                           United States Magistrate Judge
26

27

28

     _____
                [Proposed] ORDER GRANTING REQUEST FOR TELEPHONIC COURT APPEARANCE