1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12 MARIA GUADALUPE ROCHA,
individually and on behalf of others similarly
situated,

Case No. CV 12-01303 PSG

13

[PROPOSED] ORDER GRANTING
REQUEST FOR PERMISSION TO MAKE
TELEPHONIC APPEARANCE AT CASE
MANAGEMENT CONFERENCE

Plaintiff,

14

vs.

15

Case Management Conference Scheduled:

16 ROYAL OAKS FARMS, LLC; and DOES 1
through 10,

Date:   June 12, 2012
Time:  2:00 p.m.
Ctrm:  5

17

Defendants.

18

19

20      Good cause having been shown, the Court hereby grants Plaintiff's Request for Permission to

21 Make Telephonic Appearance At Case Management Conference and orders that Plaintiff's lead

22 counsel Gregory N. Karasik may make a telephonic appearance at the case management conference

23 scheduled for June 12, 2012.

24

Dated:    6/5/2012

25                                                   _____
                                                     United States Magistrate Judge

26

27

28