UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA GUADALUPE ROCHA, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ROYAL OAKS FARMS, LLC; and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. CV 12-01303 PSG<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR PERMISSION TO MAKE TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Case Management Conference Scheduled:<br><br>Date:　June 12, 2012<br>Time:　2:00 p.m.<br>Ctrm:　5 |

Good cause having been shown, the Court hereby grants Plaintiff's Request for Permission to Make Telephonic Appearance At Case Management Conference and orders that Plaintiff's lead counsel Gregory N. Karasik may make a telephonic appearance at the case management conference scheduled for June 12, 2012.  Mr. Karasik is instructed to contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: June 5, 2012

_____
United States Magistrate Judge

[Proposed] ORDER GRANTING REQUEST FOR TELEPHONIC COURT APPEARANCE