UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARIA GUADALUPE ROCHA, | ) | Case No.: C 12-01303 PSG |
| Plaintiff, | ) ) | **CASE MANAGEMENT ORDER** |
| v. | ) ) | |
| ROYAL OAKS FARM, LLC, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On June 12, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that no later than ninety days after the court issues a ruling on class certification, the parties shall participate in mediation. The parties shall contact promptly the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Case No.: C 12-1303 PSG
CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | Fact Discovery Cutoff | June 14, 2013 |
| 2 | Designation of Opening Experts with Reports | June 28, 2013 |
| 3 | Designation of Rebuttal Experts with Reports | July 12, 2013 |
| 4 | Expert Discovery Cutoff | July 26, 2013 |
| 5 | Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| 6 | Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on August 23, 2013 |
| 7 | Final Pretrial Conference | 2:00 p.m. on September 10, 2013 |
| 8 | Trial | 9:30 a.m. on October 7, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: June 13, 2012

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 12-1303 PSG
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-1303 PSG
CASE MANAGEMENT ORDER